UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAI XIONG,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | )<br>)  Case No.: 1:13-cv-01161- JLT<br>)<br>)  ORDER GRANTING EXTENSION OF TIME<br>)<br>)  (Doc. 11)<br>)<br>)<br>)<br>)<br>) |

On March 13, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 11). Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief on or before **April 14, 2014**.

IT IS SO ORDERED.

Dated: **March 17, 2014**            **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE